**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 27 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CYMEYON HILL, | No. 24-6444 |
| Plaintiff - Appellant, | D.C. No. 2:18-cv-03089-MCE-AC |
| v. | |
| RIOS, Officer; DAVID BAUGHMAN, Warden; KATHERINE TEBROCK, Mental Health Director; WHITE, Officer, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., District Judge, Presiding

Submitted May 26, 2026**

Before:    S.R. THOMAS, MILLER, and H.A. THOMAS, Circuit Judges.

Civil detainee Cymeyon Hill appeals pro se from the district court's

summary judgment in his 42 U.S.C. § 1983 action alleging excessive force. We

have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Nasby v. Nevada*,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

79 F.4th 1052, 1056 (9th Cir. 2023).  We reverse and remand.

Summary judgment was improper because Hill raised a genuine dispute of material fact as to whether defendants used objectively unreasonable force against Hill.  *See Kingsley v. Hendrickson*, 576 U.S. 389, 396-97 (2015) (setting forth the standard for a claim of excessive force in violation of the Fourteenth Amendment); *Nigro v. Sears, Roebuck & Co.*, 784 F.3d 495, 497-98 (9th Cir. 2015) (explaining that a self-serving and uncorroborated declaration can create a genuine dispute of material fact for summary judgment when it states facts within the personal knowledge of the declarant); *Bryan v. MacPherson*, 630 F.3d 805, 824 (9th Cir. 2010) (explaining that "force can be unreasonable even without . . . injuries").

**REVERSED and REMANDED.**